GLENN V. SCOTT, *Appellant*, v. CARY A. HARDEE, GOV-
ERNOR; ERNEST AMOS, COMPTROLLER; J. C. LUNING,
STATE TREASURER; RIVERS BUFORD, ATTORNEY GENERAL;
W. A. McRAE, COMMISSIONER OF AGRICULTURE, OF THE
STATE OF FLORIDA, OF AND COMPOSING THE BOARD OF
COMMISSIONERS OF EVERGLADES DRAINAGE DISTRICT, A
CORPORATION UNDER THE LAWS OF THE STATE OF
FLORIDA, *Appellees*.

Decision Filed November 3, 1923.

An Appeal from a Decree of the Circuit Court within
and for the County of Leon; E. C. Love, Judge.

*M. C. McIntosh,* for Appellant;

*J. B. Johnson,* for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the decree herein, and briefs and arguments of counsel
for the respective parties, and the record having been
seen and inspected, and the Court being now advised of
its judgment to be given in the premises, it seems to the
Court that there is no error in the said decree; it is, there-
fore, considered, ordered and decreed by the Court that
the said decree of the Circuit Court be, and the same is
hereby, affirmed, on the authority of Lainhart v. Catts,
73 Fla. 735, 75 South. Rep. 47; Bannerman v. Catts, 80
Fla. 170, 85 South. Rep. 336; Everglades Sugar & Land
Co. v. Bryan, 81 Fla. 75, 87 South. Rep. 68; Berry v. Har-
dee, 83 Fla. 531, 91 South. Rep. 685.

Affirmed.

TAYLOR, C. J., AND WHITFIELD, ELLIS, BROWNE, WEST
AND TERRELL, J. J., concur.